**E-FILED**
Tuesday, 23 June, 2009  08:38:35 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **LASHONDA R. ANDERSON,** )  | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No.  08-2108** |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION

In November 2007, Administrative Law Judge Joseph Warzycki (hereinafter "ALJ") denied Plaintiff Lashonda Anderson's application for disability insurance benefits (hereinafter "DIB") and supplemental security income (hereinafter "SSI").  The ALJ based his decision on findings that, although Plaintiff suffers from severe impairments, her claimed limitations are not credible, she retained the capability to perform past relevant work, and she is capable of performing several jobs currently widely available in the economy.

In May 2008, Plaintiff filed a Complaint (#3) against Defendant Michael J. Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny DIB and SSI.  In November 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#14).  In January 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#17).

After reviewing the administrative record and the parties' memoranda, this Court recommended, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Motion for Summary Judgment or Remand (#14) be granted.  Consistent with the Court's reasoning in the Report and Recommendation granting motion (#14), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#17)** be **DENIED**.

ENTER this 23rd day of June, 2009.

_____ s/ DAVID G. BERNTHAL_____
U.S. MAGISTRATE JUDGE