UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **LASHONDA R. ANDERSON,**     ) | |
|                                                               ) | |
| **Plaintiff,**     ) | |
| v.                                                         ) | Case No. 08-CV-2108 |
|                                                               ) | |
| **COMMISSIONER OF SOCIAL SECURITY**     ) | |
| **sued as Michael J. Astrue,**     ) | |
|                                                               ) | |
| **Defendant.**     ) | |

## ORDER

Reports and Recommendations (#20), (#21) were filed by the Magistrate Judge in the above cause on June 23, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#20), (#21) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#14) is GRANTED, pursuant to sentence four of 42 U.S.C. § 405(g), and remanded to the Administrative Law Judge for further proceedings in accordance with this order.

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#17) is DENIED.

ENTERED this 29th day of July, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE